# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2025 KW 1107

VERSUS

JAYDEN C. FOSTER                                **DECEMBER 11, 2025**

---

In Re:     Jayden C. Foster, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-22-00987.

---

**BEFORE:     THERIOT, PENZATO, AND BALFOUR, JJ.**

   **WRIT DENIED.** The record of the Office of the Clerk of Court
of East Baton Rouge Parish reflects that the district court is
proceeding toward disposition of relator's application for
postconviction relief, filed July 25, 2025.

                          **MRT**
                          **AHP**
                          **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT